**August BLIXT et al., Appellants, v. Sam A. ZEIGLER.**

Circuit Court of Appeals, Eighth Circuit. January 26, 1927.

No. 7586.

Appeal from the District Court of the United States for the District of Nebraska.

Walter V. Hoagland and Edward E. Carr, both of North Platte, Neb., for appellants.

Mainard E. Crosby, Joseph G. Beeler, and C. Leslie Baskins, all of North Platte, Neb., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

---

2

**CARLETON DRY GOODS CO., Appellant, v. Sidney G. SMITH, Trustee, etc.**

Circuit Court of Appeals, Eighth Circuit. July 2, 1927.

Nos. 7890, 7891.

Appeals from the District Court of the United States for the Eastern District of Missouri.

Luther Ely Smith and E. E. Pearcy, both of St. Louis, Mo., for appellant.

E. H. Angert and Frank H. Sullivan, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeals docketed and dismissed, pursuant to stipulations of parties.

---

3

**J. M. CROSSMAN, Appellant, v. George A. DUTTON et al.**

Circuit Court of Appeals, Eighth Circuit. August 16, 1927.

No. 7762.

Appeal from the District Court of the United States for the District of Colorado.

Louis E. Kenworthy and John R. Smith, both of Denver, Colo., for appellant.

G. Dexter Blount and Harry S. Silverstein, both of Denver, Colo., and B. W. Ritter and A. M. Emigh, both of Durango, Colo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

---

**W. P. DORMAN, Bankrupt, Appellant, v. John L. CONNOLLY, Trustee, etc.**

Circuit Court of Appeals, Eighth Circuit. July 25, 1927.

No. 7144.

Appeal from the District Court of the United States for the District of Kansas.

F. B. Wheeler, of Pittsburg, Kan., James G. Sheppard, of Ft. Scott, Kan., and Lewis H. Phillips, of St. Louis, Mo., for appellant.

D. G. Smith and C. A. Burnett, both of Girard, Kan., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, under rules 23 and 24.

---

5

**W. M. EDDINGTON et al., Plaintiffs in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit. April 26, 1927.

No. 7609.

In Error to the District Court of the United States for the Northern District of Oklahoma.

Washington E. Hudson and John T. Harley, both of Tulsa, Okl., for plaintiffs in error.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error as to Harry White dismissed, without costs to either party in this court.